ORIGINAL

FILED

01/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 24-0004

IN RE PETITION OF BERT J. CERTAIN
FOR REINSTATEMENT TO ACTIVE            O R D E R
STATUS IN THE BAR OF MONTANA

FILED

JAN 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Bert J. Certain has petitioned for reinstatement to active status in the State Bar of Montana. Certain voluntarily resigned membership on August 29, 2018. Certain has not been actively practicing in another jurisdiction or serving as a law clerk. It is the Court's practice in such cases, given the amount of time since Certain has been on active status, to require a character and fitness review and the completion of continuing education. Therefore,

IT IS HEREBY ORDERED that Petitioner shall submit to an investigation conducted by the Commission on Character and Fitness, which, in its discretion, may be a limited investigation. Petitioner shall comply with the character and fitness process and timely produce information and documentation as requested by the Commission. The Commission will investigate Petitioner's character and fitness in accordance with the Rules of Procedure of the Commission on Character and Fitness. The Commission will advise the Court whether the Petitioner has been certified, conditionally certified, or denied certification. If the Commission denies certification, the Commission will issue written findings of fact, conclusions of law, and a decision pursuant to Section 5(c)(6) of the Rules of Procedure of the Commission on Character and Fitness. If the Petitioner is certified or conditionally certified by the Commission on Character and Fitness, the Petitioner shall be admitted to the active practice of law in Montana upon payment of appropriate dues and fees and penalties to the State Bar of Montana.

IT IS FURTHER ORDERED that, if admitted, within six months of admission to the active practice of law, Petitioner shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty hours of

approved Continuing Legal Education to be credited to the time Petitioner was on inactive status. This may include approved credits previously obtained by Petitioner during the last two years, if any.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 23rd day of January, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices